UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

NELSON ARMANDO LANDAVERDE ERAZO,

Petitioner,

v.

ERIC PINHERO, et al.,

Respondents.

Case No. 5:26-cv-05117-MCS-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: September 17, 2026

*Mark C. Scarsi*

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE